```
                                              O
                                              JS-6
```

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF PEDRO MONTANEZ, and PEDRO MONTANEZ, RAMONA MONTANEZ, CHRISTINA MONTANEZ, MARIA TELLES, individually and as successors in interest to the Estate of Pedro Montanez,<br><br>　　　　　　Plaintiffs,<br><br>　　vs.<br><br>CITY OF INDIO, INDIO POLICE DEPARTMENT, CHRIS CORDOVA, KEVIN FOWLER, DOES 1 TO 10,<br><br>　　　　　　Defendants. | Case No.: 5:17-CV-00130-ODW(JCx)<br><br>**ORDER GRANTING JOINT STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE [68]**<br><br>**F.R.C.P. 41(a)(1)**<br><br>Courtroom: 5D, 5th Floor<br>Judge: Hon. Otis D. Wright II |

Presently before the court is a stipulation to dismiss this action in its entirety with prejudice filed by Plaintiffs Estate of Pedro Montanez, and Pedro Montanez, Ramona Montanez, Christina Montanez, Maria Telles, individually and as successors in interest to the Estate of Pedro Montanez, and Defendants City of Indio, Kevin Fowler and Chris Cordova, pursuant to Federal Rules of Civil Procedure 41(a).

Having reviewed the stipulation, and good cause appearing, the court accepts the stipulation and dismisses this action in its entirety with prejudice, each party to bear its/her/his own attorneys' fees and costs.

**IT IS SO ORDERED.**

March 14, 2019

_____
Otis D. Wright, II
United States District Judge